UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00374-AB |
| v. | INFORMATION |
| **EVA GRACIELA LARA-MARTINEZ,** | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about September 4, 2024, in the District of Oregon, defendant **EVA GRACIELA LARA-MARTINEZ**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count One of this information, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One of this information.

Dated: October 4, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/Peter Sax*
PETER SAX, NYB #101969
Assistant United States Attorney